JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GS HOLISTIC, LLC,<br>        Plaintiff, | CV 22-6852 DSF (JCx) |
| v. | |
| R & J MARKET & SMOKE SHOP, INC d/b/a RJ MARKET & SMOKE SHOP and HANI M RAHMAN,<br>        Defendants. | JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of GS Holistic, LLC on all claims. Defendants R & J Market & Smoke Shop, Inc d/b/a RJ Market & Smoke Shop and Hani M Rahman are liable to GS Holistic, LLC for $75,000 in statutory damages and for $997.50 for costs associated with this action.

R & J Market & Smoke Shop, Inc and Hani M Rahman and their agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or participation with Defendants are hereby permanently enjoined from: the import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment licensing, development, display, delivery, marketing, advertising or promotion of the counterfeit

Stündenglass product identified in the Complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation.


Date:  July 28, 2023

Dale S. Fischer
United States District Judge